IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 119-098 |
| | ) | |
| LARRY MEMINGER, JR. | ) | |

**O R D E R**

Before the Court is the government's Motion to Correct Scrivener's Error. (Doc. no. 15.) The government seeks to replace the term "revolver" with "handgun" on page one of the indictment. (Id.) Defendant does not oppose the request. (Id.) Upon consideration, the Court **GRANTS** the motion. The government shall have fourteen days from the date of this Order to file a corrected indictment that fixes the above-noted typographical error as a stand-alone entry on the docket.[1]

SO ORDERED this 13th day of September, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Requiring the filing of a corrected indictment as a stand-alone entry bearing the signature of the applicable government attorney is the standard practice followed by this Court in such circumstances. See, e.g., United States v. Hill, CR 114-028, doc. nos. 18, 19; United States v. Tagui, CR 113-220, doc. nos. 76, 174, 182; United States v. Griffis, CR 114-027, doc. nos. 6, 10.